In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00489-CR


____________________



DEVEAN YVETTE ARDOIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-05078 






MEMORANDUM OPINION


 On September 21, 2009, the trial court sentenced Devean Yvette Ardoin on a
conviction for felony theft. Ardoin filed a notice of appeal on October 27, 2009. The trial
court entered a certification of the defendant's right to appeal in which the court certified
that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App.
P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On October 30, 2009, we notified the parties that we would dismiss the appeal
unless the appellant established grounds for continuing the appeal. No response has been
filed. Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly,
we dismiss the appeal.

 APPEAL DISMISSED. 

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 25, 2009

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.